# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2430 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 191 DB 2017 |
| | : | |
| v. | : | Attorney Registration No. 89591 |
| | : | |
| PATRICK O'HARE REGAN, | : | (Allegheny County) |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of January, 2020, upon consideration of the Report and Recommendations of the Disciplinary Board, Patrick O'Hare Regan is suspended from the Bar of this Commonwealth for a period of two years, retroactive to December 21, 2017, and he shall comply with all the provisions of Pa.R.D.E. 217. Respondent shall pay costs to the Disciplinary Board pursuant to Pa.R.D.E. 208(g).